MARILYN FINE v. MAX FINE.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CHANEY.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT RELDAN.

October 12, 1982.

Petition for certification denied.  (See 185 *N.J.Super.* 494)

STATE OF NEW JERSEY v. ROBERT RELDAN.

October 12, 1982.

Cross-petition for certification denied.  (See 185 *N.J.Super.* 494)

STATE OF NEW JERSEY v. JOSEPH ROBINSON.

October 12, 1982.

Petition for certification denied.